**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 4, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00609-CV

---

## IN RE STARBUCKS CORPORATION, HILTON DISPLAYS, LLC, AND YOUNG ELECTRIC SIGNS COMPANY, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-58812**

---

## MEMORANDUM OPINION

On September 3, 2020, relators Starbucks Corporation, Hilton Displays, LLC, and Young Electric Signs Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Rabeea Sultan Collier, presiding judge of the 113th District Court of Harris County, to vacate her September

2, 2020 order denying relators' emergency motion for continuance and to grant the motion.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators petition for writ of mandamus. We also deny relators' emergency motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.